ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal and Matter of - | ) |
| | ) |
| Olgoonik FPM JV, LLC | ) ASBCA Nos. 63599, FY23-01 |
| | ) |
| Under Contract No. W912DW-19-D-1025 | ) |
|   Task Order No. W912DR-20-F-0139 | ) |

APPEARANCES FOR THE APPELLANT:    Traeger Machetanz, Esq.
    Matthew C. Gurr, Esq.
      Davis Wright Tremaine LLP
      Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    Jesus Cruz-Rodriquez, Esq.
      Engineer Trial Attorney
      U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. These matters are dismissed with prejudice.

Dated: July 18, 2023

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63599, FY23-01, Appeal and Matter of Olgoonik FPM JV, LLC, rendered in conformance with the Board's Charter.

Dated: July 18, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals